USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
FRED ALSTON, *as a Trustee of the Local 272 Labor-*            :
*Management Pension Fund and a Trustee of the Local 272*       :
*Welfare Fund*,                                                :        1:24-cv-5971-GHW
                                                               :
                                    Plaintiff,                 :        ORDER
                                                               :
            -v-                                                :
                                                               :
1699 NEW YORK AVE PARKING LLC,                                 :
                                                               :
                                    Defendant.                 :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated August 7, 2024, Dkt. No. 8, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than October 10, 2024. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's August 7, 2024 order forthwith and in any event no later than October 17, 2024.

      SO ORDERED.

Dated: October 16, 2024
       New York, New York

                                                  GREGORY H. WOODS
                                        United States District Judge