Case 1:24-cv-05971-GHW   Document 34   Filed 12/30/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

FRED ALSTON, *as a Trustee of the Local 272 Labor-Management Pension Fund and a Trustee of the Local 272 Welfare Fund*,

          Plaintiff,

-v-

1699 NEW YORK AVE PARKING LLC,

          Defendant.

------------------------------------------------------------- X

1:24-cv-5971-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On November 7, 2024, the Court scheduled a hearing as to why an order should not be entered granting judgement by default to the plaintiff pursuant to Rule 55 of the Federal Rules of Civil Procedure (the "Show Cause Hearing") for January 23, 2025 at 4:00 p.m., in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. Dkt. No. 31 (the "Order to Show Cause"). The Show Cause Hearing scheduled for January 23, 2025 will instead take place on February 3, 2025 at 2:00 p.m. Except as expressly modified by this Order, all other deadlines set forth in the Order to Show Cause remain in full force and effect.

Plaintiff is directed to serve a copy of this Order on Defendant by no later than January 6, 2025, and to file proof of service promptly.

        SO ORDERED.

Dated: December 30, 2024
       New York, New York

                                                                          GREGORY H. WOODS
                                                                 United States District Judge